Sky Boles
3307 W Echo Ln
PhoenixAZ 85051
(602) 638-8350

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sky Boles,<br>Jane Doe, a minor<br>Jane Doe, a minor<br>Jane Doe, a minor<br>John Doe, a minor.<br>             Plaintiff,<br>v.<br><br>Arizona Department of Child Safety;<br>Arizona Department of Public Safety;<br>The County of Maricopa;<br>Katy Zaragoza of the Cradle to Crayons Unit of the Arizona Department of Child Safety;<br>Justin Hein of the Arizona Department of Child Safety;<br>Brenna Durkin Gaurdian Ad Litem,<br>Gayle Twigg Case Manager for the Arizona Department of Child Safety,<br>John Does 1-100;<br>Companies A-Z;<br>             Defendant(s). | CASE NUMBER:2:18-CV-01605-DJH<br><br>AMENDED<br>COMPLAINT |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Federal Question, Invasion of Rights, 18 USC 1983 Color of Rights §§ 42 US Code 1983, 42 U.S.C. 671(a)(19). The plaintiffs are residents of Phoenix, Maricopa County, AZ and a citizen of the United States. Plaintiff is also filing on behalf of minors for whom she is the nearest next of kin after their mother. She is filing on their behalf as their "first friend". The defendant, the Arizona Department of Child Safety, (the "DCS"), is a resident of Glendale, AZ and a citizen of the United States. The defendant, the Arizona Department of Public Safety, (the "DPS"), is a resident of Phoenix, AZ and a citizen of the United States. The defendant,The County of Maricopa, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Katy Zaragoza of the Cradle to Crayons Unit of the DCS, ("Zaragoza"), is being sued in her official capacity and individually, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Justin Hein of the DCS, ("Hein"), is being served In his official capacity, and as an individual, is a resident of Glendale,

AZ and a citizen of the United States. The defendant, Brenna Durkin, Gaurdian Ad Litem, ("Durkin"), is being sued in her official capacity and as an individual, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Gayle Twigg, Case Manager of the DCS, ("Twigg"), is being served in her official capacity and as an individual, is a resident of Glendale, AZ and a citizen of the United States. The defendant, John Does 1-100, represent all currently undiscovered individuals associated with this Complaint who are residents of Phoenix, AZ and a citizens of the United States. The defendant, Companies A-Z represent all undiscovered persons who are not natural persons associated with this Complaint, that are residents of Glendale, AZ and a citizens of the United States. The cause of action arose in the Phoenix division.

## Complaint

On or near November 12, 2015, ███████████████████████████████████████████████████████████████████████, (the "Chlidren") were removed from their home and their parents custody and made dependents of the State by the Arizona Department of Child Safety, (the "DCS"). I, Sky Boles, biological Aunt to all the children, and their closest next of kin, applied on November 12, 2015 as placement for the Children. I passed a drug test and have no prior felony convictions nor misdermeanor convictions of any kind, and had an income.

I made a party to the case, given the status of Safety Monitor, and allowed to supervise visits between the Children and their parents without any DCS employees present. On or near January 16, 2017 my application for kinship care was rejected and my status of Safety Monitor and party to the case was revoked without an explanation as to why.

The Kinship Care application process had taken DCS over three months to complete and I had filed many complaints regarding that, as the Children were in distress when I saw them in relation to being separated, missing family visits, and being kept in various group homes.

Katy Zaragoza, ("Zaragoza") of the Cradle to Crayons unit made the determination and refused to explain why. I filed a grievance and had a grievance meeting with Justin Hein, ("Hein") of the Glendale Department of Child Safety, at that time Hein told me status as party to the case and my status of Safety Monitor were revoked because the DCS never received my fingerprint card from the Arizona Department of Public Safety, (the "DPS").

The Department of Public Safety was legally required to forward my fingerprint card and associated results to the DCS and never did so. Further, Hein informed me that my application was also rejected because my income did not seem "stable" enough, but additionally commented that a single woman was not capable of raising many children on her own. I explained at the meeting that I had no

criminal convictions of any kind, and that I would return to the DPS to be fingerprinted again, which I did; however, the DCS refused to allow me to re-apply through the DPS. I recieved a rejection letter for my grievance proceeding related to my kinship care application on or near May 25, 2016.

I proceeded to explain the situation to the Children's Gaurdian Ad Litem in Juvenile Dependency hearing # JD 12656, that I met all the requirements for placement of the Children in my home, that I had been In Loco Parentis to them their entire lives, and that they were currently separated, missing multiple family visits, kept in separate group homes and foster homes, and experiencing injuries and traumas in those environments including but not limited to: a broken arm, having their hair cut against their wishses and in violation of our families religious practices, being vaccinated against our famililes religious belief systems, being taken to church in violation of our families religious practices, being baptized in a religion that is not their own, experiencing depression and behavioral problems they had not suffered from before being removed from their home and separated, the Gaurdian Ad Litem responded that she had too many cases and would not waiste her time on trivial concerns like mine.

On or near July of 2016 I requested to intervene in hearing JD 12656, of which I had previously been a party and was wrongfully excluded, and my application was denied. On or near July 2017 I again motioned to intervene in hearing JD # 12656, and was again denied. On or near October 2017 ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ were remanded to their father's custody.

On or near February of 2017, I learned from the Children that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ were in the home of an employee of the DCS, a Case Manager named Gayle Twigg, ("Twigg"), who was further, abusing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓( the "Younger Children") by screaming at them, threatening them, hitting them, beating ▓▓▓▓▓▓▓▓ so hard as to make bruises on his bottom, and ▓▓▓▓▓▓▓▓ further reported attempted sexual abuse, and wrote about it in her journal, which Twigg attempted to steal from her and beat her in an attempt to steal it and then charged ▓▓▓▓▓▓▓▓ with assault and battery, filling charges with the Apache Junction Police Department against ▓▓▓▓▓▓▓▓, a child who was in her protective custody at the time. ▓▓▓▓▓▓ was handcuffed and kept in a jail cell for nine hours as a result of Twigg's false charges against her. Furthermore, the diary Twigg was attempting to take from ▓▓▓▓ was a diary that showed signs that ▓▓▓▓ had been sexually abused, possibly in Twigg's home. Twigg is pressing charges against ▓▓▓▓ who is 11 and suffered violence in Twigg's home.

I now believe my Kinship Care Application was fraudulently denied in violation of my Civil Rights, in order for DCS employees to favor Twigg, who was one of their own, and housing the Younger Children in a clear CONFLICT OF INTEREST. The DCS ignored the best interest of the Younger Children in order to reward Twigg as an employee of their department. Further contained herein is

evidence that the DCS ignored evidence that Twigg was abusing the Younger Children, again, because the Department is favoring it's employees over family members and Family Rights.

On or near February of 2018, I attempted to get three restraining orders against Twigg, file charges against her with the Apache County Police Department, and filed for a Writ of Certiorari in Superior Court to have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ removed from Twigg's home, and all of my efforts were refuted by the Apache Police Department and the County of Maricopa. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ still reside in Twigg's home and Twigg still has possession of ▓▓▓▓▓▓▓ personal diary. The Younger Children, rightfully, and legally, should have been immediately remanded to my home and custody, and instead have been separated and abused by strangers at the behest of the State and in violation of my and their Civil Rights. Further, they have been abused and I was further informed that ▓▓▓▓▓▓▓ has attempted suicide as a result of their time as wards of the State.

### Demand

I do hereby prayer for the following relief: I pray to have the Younger Children who are still wards of the State, who are: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ immediatey examined by licensed doctors, an MMD, and a licensed psychologist and, or' psychatrist to determine the extent of the damage they are suffering at this time. I further pray to have the Court award the Younger Children to my care or to be examined by a licensed forensic psychologist a Psy.D, to examine the Younger Chidren who are wards of the state to determine the placement that is in the Younger Children's best interest. I further pray to be awarded damages against the Defendants for Negligent Infliction of Emotional Distress, in an amount to be determined at Trial. **Damages: In an Amount to be Determined at Trial:** It is impossible to quantify the loss of children. I was there when all the Children were born, and helped raise them their entire lives, I onced saved their mother's life, they have stayed in my home and I love them as my own children. My reputation was slandered and all of the Children have emotional trauma from their experiences which I expect to pay for and will be very expensive. It is not the I am refuting or trivializing the Courts request, only that, children are priceless, and not seeing them for two years while they are abused cannot be reasonably quantified so easily.

Date: 06/01/2018

Signature of Pro Se Plaintiff
Sky Boles
3307 W Echo Ln
Phoenix, AZ 85051
(602) 638-8350